IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARANATHA KING, LLC<br><br>Plaintiff,<br><br>vs.<br><br>TAMASHII FINANCIAL, INC., TAMASHII, INC., and SHELDON R. JOHNSON<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-02416-CC |

## CONSENT ORDER

Plaintiff Maranatha King, LLC ("Plaintiff") and Defendants Tamashii Financial, Inc., Tamashii, Inc., and Sheldon R. Johnson ("Defendants") participated in a settlement conference before this Honorable Court on February 6, 2015.  The parties stipulate as follows:

1. Within 30 days from February 6, 2015, Defendants shall pay to Plaintiff $400,000.00.

2. If Defendants do not pay to Plaintiff $400,000.00 on or before March 8, 2015, Defendants shall be liable for and shall pay to Plaintiff a $2,000.00 per day penalty to Plaintiff, in addition to the $400,000.00 amount referenced in Paragraph 1.

1

3. If Defendants do not pay to Plaintiff within 60 days from February 6, 2015: (a) $400,000.00, and (b) the applicable $2,000.00 per day penalty, then a judgment approved by the parties contemporaneously with the approval of this Consent Order shall be entered against the Defendants.

4. Plaintiff will hold the pre-approved judgment referenced in paragraph 3 of this consent order until 60 days from February 6, 2015. If after 60 days from February 6, 2015, the Defendants have not paid the amount ordered herein, then the Plaintiff may file the pre-approved judgment instanter upon notice to Defendants' counsel.

DONE and ORDERED, this <u>18th</u> day of February, 2015.

/s/ Clarence Cooper
Honorable Judge Clarence Cooper

Approved by:

/s/Richard Walden
Richard E. Walden for Plaintiff,
Maranatha King, LLC


/s/Stephen Fuller
Stephen P. Fuller for Defendants,
Sheldon R. Johnson, Tamashii,
Inc., and Tamashii Financial, Inc.